**CASEY & BARNETT, LLC**
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007

**MEMO ENDORSED**

MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER M. SCHIERLOH
JAMES P. KRAUZLIS *

Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

NEW JERSEY OFFICE
Casey & Barnett, LLP
154 South Livingston Avenue, Suite 106
Livingston, NJ 07039

\*    Admitted in NY and NJ
\*\* Admitted in NY, NJ, La and OH

jpk@caseybarnett.com
Direct: 646-362-8925

November 25, 2020

VIA ECF
Hon. Ona T. Wang
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    **RLI Insurance Company aso Norton Lilly Logistics LLC and Kalimera LLC v. MSC Mediterranean Shipping Company S.A.**
             Docket No.: 1:20-cv-02469-MKV
             Our File: 424-90

Dear Honorable Ona T. Wang:

      We represent the Plaintiff in the referenced proceeding which is currently scheduled for a telephonic Settlement Conference before Your Honor on Wednesday, December 2, 2020, at 3:00 p.m. Upon conferring with our client, he is not available on December 2, 2020.

      We discussed this development with defense counsel, and they are agreeable to our requesting an adjournment of the Settlement Conference from Wednesday, December 2, 2020, to Wednesday, December 9, 2020, at the same time, 3:00 p.m., provided, of course, that adjourned date is acceptable to Your Honor.

      We would appreciate Your Honor granting the short adjournment to a date our client is available, that being Wednesday, December 9, 2020, at 3:00 p.m.

      We thank Your Honor's attention to the foregoing application and respectfully request that Your Honor favorably consider this adjournment application.

                      Respectfully submitted,

                      CASEY & BARNETT, LLC

                      By:  /s/ James P. Krauzlis
                          James P. Krauzlis

cc:     Mark A. Beckman, Esq.

Hon. Ona T. Wang                                               November 25, 2020
United States Magistrate Judge                                           Page 2

James A. Marissen, Esq.
GORDON REES SCLLY MANSUKHANI, LLP
Attorney for Defendant
MSC MEDITERRANEAN SHIPPING COMPANY, S.A.
1 Battery Park Plaza, 28th Floor
New York, NY 10004
mbeckman@grsm.com
jmarissen@grsm.com

SO ORDERED:

Application GRANTED. The Settlement Conferences been rescheduled to January 26, 2021 at 2:30 p.m. Settlement submissions due one week before.

_____
**Ona T. Wang**                                                 12/1/20
United States Magistrate Judge