# CASEY & BARNETT, LLC
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007

MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER M. SCHIERLOH
JAMES P. KRAUZLIS *

Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

NEW JERSEY OFFICE
Casey & Barnett, LLP
154 South Livingston Avenue, Suite 106
Livingston, NJ 07039

\*    Admitted in NY and NJ
\*\* Admitted in NY, NJ, La and OH

jpk@caseybarnett.com
Direct: 646-362-8925

December 4, 2020

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2020

    Re:    **RLI Insurance Company aso Norton Lilly Logistics LLC and Kalimera LLC v. MSC Mediterranean Shipping Company S.A.**
            Docket No.: 1:20-cv-02469-MKV
            Our File: 424-90

Dear Judge Vyskocil:

       We represent plaintiff in the above-referenced action. We, together with defendant MSC Mediterranean Shipping Company S.A., respectfully submit this joint letter application to request an adjournment of the Post-Discovery Conference currently scheduled for **December 15, 2020 at 11:00 a.m.** The Post-Discovery Conference was set pursuant to Your Honor's Order dated September 8, 2020 [Doc. No. 13].

       As the Court may recall, there is a very modest amount in dispute in this action. Despite very active settlement negotiations, including the exchange of various settlement proposals, the parties have been unable to reach a settlement on their own.  We jointly requested a settlement conference before a Magistrate Judge, with the Court subsequently referring the matter to Magistrate Judge Ona T. Wang for a settlement conference.  Due to the availability of the parties and Magistrate Judge Wang, the settlement conference has now been set for **January 26, 2021 at 2:30 p.m**. [Doc. No. 22]. Under these circumstances, as it is hoped that this very modest matter will be resolved at the settlement conference, and in the interests of judicial economy, the parties respectfully request the Post-Discovery Conference be adjourned from December 15, 2020 to February 9, 2021 (being 14 days after the settlement conference) or such other date as may be convenient for the Court.

       We thank Your Honor for your kind attention to the foregoing and kindly request that Your Honor favorably consider the requested adjournment of the Post-Discovery Conference until a date and time fourteen (14) days after the Settlement Conference on January 26, 2021 at 2:30 p.m.

Hon. Mary Kay Vyskocil  December 4, 2020
United States District Judge  Page 2

                        Respectfully submitted,

                        CASEY & BARNETT, LLC

                        By: /s/ James P. Krauzlis
                             James P. Krauzlis

Encl.
cc:    Mark A. Beckman, Esq.
        James A. Marissen, Esq.
        GORDON REES SCLLY MANSUKHANI, LLP
        Attorney for Defendant
        MSC MEDITERRANEAN SHIPPING COMPANY, S.A.
        1 Battery Park Plaza, 28th Floor
        New York, NY 10004
        mbeckman@grsm.com
        jmarissen@grsm.com

> GRANTED. The Post-Discovery Conference scheduled for December 15, 2020, at 11:00 AM is adjourned to February 9, 2021, at 11:00 AM.
>
> SO ORDERED.
>
> Date: 12/4/2020  /s/ Mary Kay Vyskocil
> New York, New York  Mary Kay Vyskocil
>                           United States District Judge