UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2021
```

RLI INSURANCE COMPANY, as subrogor of Norton Lilly Logistics LLC as subrogor of Kalimera LLC,

           Plaintiff,

-against-

MSC MEDITERRANEAN SHIPPING COMPANY S.A.,

           Defendant.

1:20-cv-02469-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

        The Court is in receipt of a letter from the parties informing the Court that the parties have reached a settlement in principle [ECF No. 25]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if a settlement agreement is not executed if the application to restore the action is made by **March 12, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date:  **January 26, 2021**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**